**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
MEGAN WILCOX,

                              Plaintiff,                    20 **CIVIL** 7629 (BCM)

                      -v-                                   **JUDGMENT**

ANDREW SAUL,

                             Defendant.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo-Endorsed Stipulation and Order dated April 29, 2021, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Administrative Law Judge ("ALJ") will be directed to offer the claimant an opportunity for a de novo hearing, take any further action needed to complete the administrative record, and issue a de novo decision.

**Dated:** New York, New York
           April 29, 2021

                                                                      **RUBY J. KRAJICK**
                                                                       Clerk of Court
                                                  **BY:**
                                                                          **Deputy Clerk**